AO91 (Rev. 12/03) Criminal Complaint ~~Felony~~ AUSA

United States District Court
Southern District of Texas
FILED
MAR 22 2020
David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**
vs.

Sergio CRUZ-Gonzalez
A215 771 866 Mexico

**CRIMINAL COMPLAINT**

Case Number: 1:20-MJ-318

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **March 20, 2020** in **Cameron** County, in the **Southern District Of Texas** defendant(s) knowingly, willfully, and in reckless disregard of the fact that 3 person(s) were undocumented alien(s), did bring in said alien(s) into the United States at a place other than a designated port of entry by the Secretary of Homeland Security or the Attorney General of the United States,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(i)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

On March 20, 2020, at approximately 10:00 a.m., Harlingen Border Patrol Agents began still watch operations in San Pedro, Tx. At approximately 12:36 p.m., a Border Patrol Agent observed eight subjects wade across the Rio Grande River making their way north from the river. The agent relayed the information to other agents in the area. A Border Patrol Agent that was waiting north of their location later observed five subjects running north past the river levee heading towards a brushy area.

The Agent gave chase apprehending one subject and advising to other agents in the area of another subject running north while two subjects running south back towards the river. The agent gave a clothing description of the subject that ran north to the agents in the area.

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

Signature of Complainant

Torres, Juan   Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

March 22, 2020                                            at   Brownsville, Texas
Date                                                                 City/State

Ignacio Torteya III        U.S. Magistrate Judge
Name of Judge              Title of Judge

Signature of Judge

CONTINUATION OF CRIMINAL COMPLAINT

United States District Court
Southern District of Texas
FILED

MAR 2 2 2020

David J. Bradley, Clerk of Court

## AFFIDAVIT
In support of Criminal Complaint

UNITED STATES OF AMERICA

V.

Sergio CRUZ-Gonzalez
A215 771 866  Mexico

CRIMINAL COMPLAINT

Case Number: 1:20-MJ-318

The agents noticed foot prints in the area of the subjects last known location. The Agents followed the foot sign encountering subject later known as Sergio CRUZ-Gonzalez. He was found trying to conceal himself in tall grass and thick brush. He met the clothing description previously radioed in. The agent identified himself as a Border Patrol Agent. During the course of a brief interview, it was discovered that he was a national of Mexico without proper documentation to be in the United States. At approximately 1:30 p.m., he was placed under arrest.

The Agent that was south of the levee apprehended the two subjects that were trying to run back to Mexico. The agent identified himself as a Border Patrol Agent discovering that they were in the United States illegally without proper documentation to be in the United States. That agent also observed four additional subjects safely return back to Mexico. All subjects were transported to the Harlingen Border Patrol Station for further interviews and case development.

Once at the Harlingen Border Patrol Station, Agents initiated a smuggling investigation, discovering through testimony provided, serving as a Material Witness that he was to pay $7,500.00 USD to get smuggled to Houston, Texas. The Material Witness also positively identified CRUZ-Gonzalez, Sergio through a DHS photo lineup as the brush guide that was bringing the group in.

Defendant had $500.00 Mexican pesos at the time of arrest.

Submitted by reliable electronic means, sworn to and signature attested as per Fed. Rules Cr. Proc. 4.1

Before me on 22nd day of March, 2020

Signature of Judicial Officer

Juan Torres, Border Patrol Agent
Signature of Complainant