

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Texas*

United States District Court
Southern District of Texas
**ENTERED**
March 23, 2020
David J. Bradley, Clerk

---

600 E. Harrison St., #201
Brownsville, Texas 78520

Phone (956) 548-2554
Fax (956) 548-2711

Complaint dismissed on
March __23__, 2020

_____
U. S. Magistrate Judge

Honorable Ignacio Torteya, III
United States Magistrate Judge
Brownsville, Texas

In re: U. S. vs <u>SERGIO CRUZ-GONZALEZ</u>

| | |
|---|---|
| Magistrate's Case No. | <u>B-20-318-MJ</u> |
| Complaint filed on | <u>March 23, 2020</u> before |
| Magistrate Judge | <u>Ignacio Torteya, III.</u> |

Dear Magistrate Judge Torteya:

We hereby request that the above-entitled complaint be dismissed for the reason that the defendant is medically unavailable.

Very truly yours,

RYAN K. PATRICK
UNITED STATES ATTORNEY

*s/Brian McDonald*
Brian McDonald
Assistant United States Attorney

cc: U.S. Marshal, Brownsville, Texas
CBP-BP, Brownsville, Texas