

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Texas*

United States District Court
Southern District of Texas

**ENTERED**

March 24, 2020

David J. Bradley, Clerk

*U.S. Courthouse*
*Phone: (956)548-2554*
*Fax (956) 548-2711*
*600 E. Harrison, Suite 201*
*Brownsville, TX 78520*

The Honorable Ignacio Torteya III
United States Magistrate Judge
Brownsville, Texas

Witnesses released on March 24, 2020

_____
UNITED STATES MAGISTRATE JUDGE

### In re: Witnesses in the case of U.S. vs. SERGIO CRUZ-GONZALEZ

Criminal No.   **B-20-318-MJ**

Dear Judge Torteya III,

Please release the following witnesses from the material-witness affidavit.   They should be turned over to the Immigration Service for whatever action they deem appropriate.

**JOSE MIGUEL RODRIGUEZ-DIAZ**

Very truly yours,

RYAN K. PATRICK
UNITED STATES ATTORNEY

BRIAN McDONALD
Assistant United States Attorney

cc:   U.S. Marshal, Brownsville, Texas